**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00124-CV

## IN RE RSR CORPORATION AND QUEMETCO METALS LIMITED, INC., Relators

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13797**

## ORDER

The Court has before it real parties in interest's March 19, 2013 unopposed motion for extension of time of one day to file response. The Court **GRANTS** the motion and **ORDERS** the response tendered on March 19, 2013 timely filed as of that date.


/s/      JIM MOSELEY
            JUSTICE